Fill in this information to identify your case and this filing:

| | | | |
|---|---|---|---|
| Debtor 1 | **Gabriel** | | **Ruiz** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **Erika** | **Y** | **Ruiz** |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Eastern District of Louisiana**

Case number _____

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property                                     12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**
   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

   **1.1** **Debtors' principal residence**
   Street address, if available, or other description

   **42266 Blyth Ave.**

   **Ponchatoula, LA 70454**
   City            State      ZIP Code

   **Tangipahoa**
   County

   **What is the property?** Check all that apply.
   ☑ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☑ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other _____

   **Who has an interest in the property?** Check one.
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☑ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   **Source of Value:**
   **Purchase price December 2015**

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

   **Current value of the entire property?** $174,000.00
   **Current value of the portion you own?** $174,000.00

   **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

   **Fee Simple**

   ☑ **Check if this is community property**
   (see instructions)

If you own or have more than one, list here:

   **1.2** **Rental property, mortgage is in arrears**
   Street address, if available, or other description

   **1732 Boat Launch Rd**

   **Kissimmee, FL 34746**
   City            State      ZIP Code

   **Osceola**
   County

   **What is the property?** Check all that apply.
   ☑ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☑ Land
   ☑ Investment property
   ☐ Timeshare
   ☐ Other _____

   **Who has an interest in the property?** Check one.
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☑ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   **Source of Value:**
   **Highest offer received when debtors tried to sell**

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

   **Current value of the entire property?** $270,000.00
   **Current value of the portion you own?** $270,000.00

   **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

   **Fee Simple**

   ☑ **Check if this is community property**
   (see instructions)

Official Form 106A/B                         Schedule A/B: Property                                    page 1

| Debtor 1 | **Gabriel** | | **Ruiz** | |
|---|---|---|---|---|
| Debtor 2 | **Erika** | **Y** | **Ruiz** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* _____

**1.3** **Rental property, vacant, in arrears**
Street address, if available, or other description

**1141 Don Caster Ct**

**Kissimmee, FL 34746**
City    State    ZIP Code

**Osceola**
County

**What is the property?** Check all that apply.
- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☑ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Source of Value:**
Area sales/Zillow

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?** $160,000.00

**Current value of the portion you own?** $160,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee Simple**

☑ **Check if this is community property**
(see instructions)

---

**1.4** **Las Vegas timeshare (The Grandview)**
Street address, if available, or other description

**9940 S. Las Vegas Blvd**

**Las Vegas, NV 89183**
City    State    ZIP Code

**Clark**
County

**What is the property?** Check all that apply.
- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☑ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Source of Value:**
Unable to sell at any price

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?** $0.00

**Current value of the portion you own?** $0.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Time share**

☑ **Check if this is community property**
(see instructions)

---

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.** → **$604,000.00**

| Debtor 1 | **Gabriel** | | **Ruiz** | |
|---|---|---|---|---|
| Debtor 2 | **Erika** | **Y** | **Ruiz** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

### Part 2: Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**
   ☐ No
   ☑ Yes

   3.1 Make: **Toyota**
       Model: **Highlander**
       Year: **2008**
       Approximate mileage: **160000**
       Other information:

   Who has an interest in the property? Check one.
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☑ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   ☑ Check if this is community property
   (see instructions)

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

   Current value of the entire property? **$7,200.00**
   Current value of the portion you own? **$7,200.00**

   If you own or have more than one, list here:

   3.2 Make: **Ford**
       Model: **F250**
       Year: **2012**
       Approximate mileage: **100000**
       Other information:

   Who has an interest in the property? Check one.
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☑ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   ☑ Check if this is community property
   (see instructions)

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

   Current value of the entire property? **$12,025.00**
   Current value of the portion you own? **$12,025.00**

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
   ☐ No
   ☑ Yes

   4.1 Make: **Keystone**
       Model: **Fifth Wheel Hideout**
       Year: **2018**
       Other information:

   Who has an interest in the property? Check one.
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☑ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   ☑ Check if this is community property
   (see instructions)

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

   Current value of the entire property? **$20,000.00**
   Current value of the portion you own? **$20,000.00**

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.**................................................................... → **$39,225.00**

| Debtor 1 | **Gabriel** | | **Ruiz** | |
|---|---|---|---|---|
| Debtor 2 | **Erika** | **Y** | **Ruiz** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

## Part 3: Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☑ Yes. Describe........    Furniture, linens, appliances             $2,500.00

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ☑ Yes. Describe........    2 TVs, 1 Mac computer, Nintendo Switch, Apple TV, DVD player    $450.00

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☑ No
   ☐ Yes. Describe........

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ☑ Yes. Describe........    See Attached.                              $110.00

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☐ No
    ☑ Yes. Describe........    1 Taurus handgun, .357 revolver, ammunition    $200.00

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☑ Yes. Describe........    Basic clothing                             $400.00

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ☑ Yes. Describe........    See Attached.                              $3,650.00

Official Form 106A/B          Schedule A/B: Property          page **4**

| Debtor 1 | **Gabriel** | | **Ruiz** | |
|---|---|---|---|---|
| Debtor 2 | Erika | Y | Ruiz | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

---

13. **Non-farm animals**

    *Examples:* Dogs, cats, birds, horses

    ☐ No
    ☑ Yes. Describe........  [1 dog]                                    $0.00

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☑ No
    ☐ Yes. Describe........  [ ]                                         _____

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** →   $7,310.00

---

### Part 4: Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**

    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☑ No
    ☐ Yes................................................................................................ Cash..............   _____

17. **Deposits of money**

    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

    ☐ No
    ☑ Yes..................

    Institution name:

    | | | |
    |---|---|---|
    | 17.1. Checking account: | Bank of America (wife only) | $530.00 |
    | 17.2. Checking account: | USAA xxxx4429 | $163.52 |
    | 17.3. Savings account: | USAA xxxx4410 | $502.11 |
    | 17.4. Savings account: | | |
    | 17.5. Certificates of deposit: | | |
    | 17.6. Other financial account: | Robinhood investment account | $98.00 |
    | 17.7. Other financial account: | | |
    | 17.8. Other financial account: | | |

---

Official Form 106A/B                Schedule A/B: Property                page **5**

| Debtor 1 | **Gabriel** | | **Ruiz** | |
|---|---|---|---|---|
| Debtor 2 | **Erika** | **Y** | **Ruiz** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

17.9. Other financial account: _____

18. **Bonds, mutual funds, or publicly traded stocks**

    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

    ☑ No
    ☐ Yes..................

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ☐ No
    ☑ Yes. Give specific information about them....................

| Name of entity: | % of ownership: | |
|---|---|---|
| **Red Con One--t-shirt company, sole proprietorship, inactive and no income; ASSETS: bank account (Whitney, balance of $188.00); approximately 50 t-shirts; manual shirt press purchased for $1,000.00 used** | 100 % | $1,000.00 |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ☑ No
    ☐ Yes. Give specific information about them....................

21. **Retirement or pension accounts**

    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ☐ No
    ☑ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| 401(k) or similar plan: | **Wife through former employer** | $28,629.06 |
| Pension plan: | **Military Thrift Savings Plan** | $25,935.35 |
| IRA: | **Military IRA** | $13,530.87 |

22. **Security deposits and prepayments**

    Your share of all unused deposits you have made so that you may continue service or use from a company

    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

    ☑ No
    ☐ Yes.....................

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

    ☑ No
    ☐ Yes.....................

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

    ☑ No
    ☐ Yes.....................

Official Form 106A/B                    Schedule A/B: Property                    page **6**

| | | | |
|---|---|---|---|
| Debtor 1 | **Gabriel** | | **Ruiz** |
| Debtor 2 | **Erika** | **Y** | **Ruiz** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes. Give specific information about them....

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**

*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes. Give specific information about them....

**27. Licenses, franchises, and other general intangibles**

*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☐ No
☑ Yes. Give specific information about them....  Pilot's license (husband)  $0.00

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**

☑ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......................

Federal: _____
State: _____
Local: _____

**29. Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information..........

Alimony: _____
Maintenance: _____
Support: _____
Divorce settlement: _____
Property settlement: _____

**30. Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes. Give specific information..........

Official Form 106A/B      **Schedule A/B: Property**      page **7**

| Debtor 1 | **Gabriel** | | **Ruiz** | |
|---|---|---|---|---|
| Debtor 2 | **Erika** | **Y** | **Ruiz** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ☐ No
    ☑ Yes. Name the insurance company of each policy and list its value....

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **AFMA term policy (husband)** | **Spouse** | **$0.00** |
| **Military term life policy** | **Spouse** | **$0.00** |

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ☑ No
    ☐ Yes. Give specific information..........

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ☐ No
    ☑ Yes. Describe each claim................  Claim against former tenant J. Balesh, owes about $4,000.00, debtors are unable to locate or collect   **$0.00**

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ☑ No
    ☐ Yes. Describe each claim................

35. **Any financial assets you did not already list**
    ☑ No
    ☐ Yes. Give specific information..........

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.**..................................................................................... →  **$70,406.25**

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ☑ No. Go to Part 6.
    ☐ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**
    ☑ No
    ☐ Yes. Describe........

Official Form 106A/B  Schedule A/B: Property  page **8**

| Debtor 1 | **Gabriel** | | **Ruiz** | |
|---|---|---|---|---|
| Debtor 2 | **Erika** | **Y** | **Ruiz** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

39. **Office equipment, furnishings, and supplies**
    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
    ☑ No
    ☐ Yes. Describe........

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
    ☑ No
    ☐ Yes. Describe........

41. **Inventory**
    ☑ No
    ☐ Yes. Describe........

42. **Interests in partnerships or joint ventures**
    ☑ No
    ☐ Yes. Describe........

43. **Customer lists, mailing lists, or other compilations**
    ☑ No
    ☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?
        ☑ No
        ☐ Yes. Describe........

44. **Any business-related property you did not already list**
    ☑ No
    ☐ Yes. Give specific information.........

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here.**................................................................➔     **$0.00**

---

**Part 6:** **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ☑ No. Go to Part 7.
    ☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**
    *Examples:* Livestock, poultry, farm-raised fish
    ☑ No
    ☐ Yes........................

---

Official Form 106A/B        Schedule A/B: Property        page **9**

| Debtor 1 | **Gabriel** | | **Ruiz** | |
|---|---|---|---|---|
| Debtor 2 | **Erika** | **Y** | **Ruiz** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

---

48. **Crops—either growing or harvested**
    - ☑ No
    - ☐ Yes. Give specific information............

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
    - ☑ No
    - ☐ Yes..........................

50. **Farm and fishing supplies, chemicals, and feed**
    - ☑ No
    - ☐ Yes..........................

51. **Any farm- and commercial fishing-related property you did not already list**
    - ☑ No
    - ☐ Yes. Give specific information............

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here**................................................................➔ **$0.00**

### Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    - ☑ No
    - ☐ Yes. Give specific information............

54. **Add the dollar value of all of your entries from Part 7. Write that number here**........................➔ **$0.00**

### Part 8: List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2**...........................................................................................➔ **$604,000.00**

56. **Part 2: Total vehicles, line 5**     $39,225.00

57. **Part 3: Total personal and household items, line 15**     $7,310.00

58. **Part 4: Total financial assets, line 36**     $70,406.25

59. **Part 5: Total business-related property, line 45**     $0.00

60. **Part 6: Total farm- and fishing-related property, line 52**     $0.00

---

Official Form 106A/B      Schedule A/B: Property      page **10**

| Debtor 1 | **Gabriel** | | **Ruiz** | |
|---|---|---|---|---|
| Debtor 2 | **Erika** | **Y** | **Ruiz** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

61. **Part 7: Total other property not listed, line 54**   +   $0.00

62. **Total personal property.** Add lines 56 through 61..............   $116,941.25   Copy personal property total →   +   $116,941.25

63. **Total of all property on Schedule A/B.** Add line 55 + line 62................................................................   $720,941.25

Official Form 106A/B                                Schedule A/B: Property                                page **11**

| | | | |
|---|---|---|---|
| Debtor 1 | **Gabriel** | | **Ruiz** |
| Debtor 2 | **Erika** | **Y** | **Ruiz** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

# SCHEDULE A/B: PROPERTY
Continuation Page

9. **Equipment for sports and hobbies**
   - **2 basic adult bicycles, 2 kids' bicycles** — **$100.00**
   - **1 camera, 10 years old** — **$10.00**

12. **Jewelry**
    - **Wedding/engagement** — **$3,600.00**
    - **Miscellaneous costume jewelry** — **$50.00**

17. **Deposits of money**
    - Checking account: **Bank of America--Rental Property account for tenant deposits and rental expenses** — **$17.34**

Official Form 106A/B                                    Schedule A/B: Property