Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Gabriel** | | **Ruiz** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Erika** | **Y** | **Ruiz** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Eastern District of Louisiana**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**
☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
☑ Yes. Fill in all of the information below.

**Part 1: List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|---|
| **2.1** Bank of America — Creditor's Name; PO Box 45144, Jacksonville, FL 32231 | **Describe the property that secures the claim:** 2018 Keystone Fifth Wheel Hideout | $29,061.00 | $20,000.00 | $9,061.00 |

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim relates to a community debt

**Date debt was incurred** 9/2017

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Last 4 digits of account number  4  5  3  7

| Add the dollar value of your entries in Column A on this page. Write that number here: | $29,061.00 |
|---|---|

| Debtor 1 | **Gabriel** | | **Ruiz** | |
|---|---|---|---|---|
| Debtor 2 | **Erika** | **Y** | **Ruiz** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

| Part 1: | **Additional Page** After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|---|

**2.2** Chase Mortgage
Creditor's Name

700 Kansas Ln Mail Code LA4-6945
Number    Street

Monroe, LA 71203
City              State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred**
2008

**Describe the property that secures the claim:**
Rental property, mortgage is in arrears
1732 Boat Launch Rd Kissimmee, FL 34746

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Last 4 digits of account number** 6  2  5  8

$234,181.00        $270,000.00        $0.00

**2.3** GMFS Serviced by Specialized Loan Servicing
Creditor's Name

8742 Lucent Blvd #300
Number    Street

Littleton, CO 80129
City              State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

**Date debt was incurred**
2015

**Describe the property that secures the claim:**
Debtors' principal residence
42266 Blyth Ave. Ponchatoula, LA 70454

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Last 4 digits of account number** 1  5  3  2

$168,440.00        $174,000.00        $0.00

**Add the dollar value of your entries in Column A on this page. Write that number here:**   $402,621.00

Official Form 106D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 2 of 4

| Debtor 1 | **Gabriel** | | **Ruiz** | |
|---|---|---|---|---|
| Debtor 2 | **Erika** | **Y** | **Ruiz** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

| Part 1: | **Additional Page** After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|---|

**2.4** Seterus
Creditor's Name
14523 SW Millikan Way
Number         Street
Beaverton, OR 97005
City              State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Date debt was incurred**
2005

**Describe the property that secures the claim:**
Rental property, vacant, in arrears
1141 Don Caster Ct Kissimmee, FL 34746

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Last 4 digits of account number** 0 5 4 5

$157,672.00    $160,000.00    $0.00

**2.5** USAA Fed Savings Bank
Creditor's Name
PO Box 47504
Number         Street
SAN ANTONIO, TX 78265-7504
City              State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim relates to a community debt

**Date debt was incurred**
9/2016

**Describe the property that secures the claim:**
2012 Ford F250

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Last 4 digits of account number** 8 1 2 2

$16,246.00    $12,025.00    $4,221.00

| | | |
|---|---|---|
| **Add the dollar value of your entries in Column A on this page. Write that number here:** | | $173,918.00 |
| **If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** | | $605,600.00 |

Official Form 106D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 3 of 4

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Gabriel** | | **Ruiz** | |
| Debtor 2 | **Erika** | **Y** | **Ruiz** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* _____

### Part 2: List Others to Be Notified for a Debt That You Already Listed

**Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.**

| 1 | Nationstar dba Mr Cooper | On which line in Part 1 did you enter the creditor? __4__ |
|---|---|---|
| | Name | Last 4 digits of account number ___ ___ ___ ___ |
| | PO Box 650783 | |
| | Number      Street | |
| | | |
| | Dallas, TX 75265 | |
| | City                    State      ZIP Code | |

| 2 | Nationstar dba Mr. Cooper | On which line in Part 1 did you enter the creditor? __4__ |
|---|---|---|
| | Name | Last 4 digits of account number ___ ___ ___ ___ |
| | PO Box 199111 | |
| | Number      Street | |
| | | |
| | Dallas, TX 75235 | |
| | City                    State      ZIP Code | |

Official Form 106D    Part 2 of **Schedule D: Creditors Who Have Claims Secured by Property**    page 4 of 4