PROCEEDING MEMO AND MINUTES OF
THE CHAPTER 7 §341 MEETING

Date: 05/16/19   Time: 04:30pm
IN RE:                                              CASE NO. 19-11043    Section "B"
RUIZ, GABRIEL
RUIZ, ERIKA Y

**APPEARANCES:**
(✓) Debtor 1                                         (✓) Debtor 2 (Spouse in Joint Cases)
  (✓) Required picture I.D. produced                   ( ) Required picture I.D. produced
  (✓) Required SSN verification produced               (✓) Required SSN verification produced
  (✓) Pay advices received  P-15                       (✓) Pay advices produced  P-15

Credit Counseling certificate (✓) filed ( ) not filed  P-2+3
Tax returns received for __2017__ (years) on __4/30/19__
Financial Documents were ( ) retained by Trustee  ( ) returned to Debtor(s)

( ) Debtor(s) Representative _____
(✓) Attorney for Debtor(s): RACHEL THYRE ANDERSON
( ) Debtor(s) Appeared Pro Se
      YES( ) NO( ) If Pro Se, did anyone assist with preparation?
      YES( ) NO( ) If Yes, Debtor has completed pro se form?

THE MEETING OF CREDITORS WAS:
(✓) HELD  or
( ) NOT HELD  or
( ) WAS NOT CONCLUDED AND CONTINUED to ____ day of _____, 2019 at ___:___ ___.m.

YES(✓) NO( ) Attorney for debtor(s) filed statement of compensation in accordance with 11 U.S.C. 329.  P-1, pg 24

( ) CREDITOR(S):                              Represented By:
_____               _____
_____               _____
_____               _____

**DEBTOR(s) REQUIRED TO:**
( ) Amend Schedules and Statements within ____ days of the §341(a) Meeting.
(✓) Other: Turn over copy of custodial acct. statement w/ full
acct. Title. Turnover other bank acct. balance totaling $1,851.

In accordance with FRBP 6007 the Trustee announced intention to abandon any interest in:
Hsehld Goods/Appliances/Furn. _____  Custodial bank acct.
Wearing Apparel _____  Sports & hobby gear
42266 Blyth Ave., Pontchatoulas, La.                        Costume jewelry
1141 Don Caston Ct., Kissimmee, Fla.                        Wedding/engagement rings
Grandview Time Share                                        2008 Toyota Highlander
1732 Boat Launch Rd., Kissimmee, Fla.                       2012 Ford F-250
Hsehld. electronics                                         2018 Keystone 5-wheel RV
401(K)
Additional Notes: Military Thrift Savings Plan   $98 Robinhood Investmt acct. balance
                  Military IRA                    Assets of t-shirt business
                  Life ins.

            __5/16/19__                __Daniel V. Cel__
              DATED                        TRUSTEE

TRACK # __41__                                          Form Rev. 9/8/17