UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF:　　　　　　　　　　　CASE NO. **19-11043**
　　　　　　　　　　　　　　　　　　　　Section "**B**"
**RUIZ, GABRIEL**
**RUIZ, ERIKA Y**

　　　　　　　　　　　　　　　　　　　　CHAPTER 7

DEBTOR(S)

### TRUSTEE'S PETITION OF DISCLAIMER AND ABANDONMENT

TO THE CLERK OF BANKRUPTCY COURT FOR SAID DISTRICT:

　　　The petition of the undersigned Trustee of the estate of the above named Debtor(s), with respect represents:

　　　On the grounds that there is no equity in the hereinafter described property for the Debtor(s)' estate over and above such mortgage and/or other liens as may affect the said property and such exemptions as may apply thereto, or that if there is any such equity, it is not sufficient to justify administration.

　　　The undersigned Trustee (in his official capacity under Federal Law) as representative of the estate of the Debtor(s), does, subject to the approval of this Court, disclaim and abandon all such right, title, and interest of the said Debtor(s) estate in and to the following described property:

(1) Household goods, appliances, and furniture.[c]
(2) Wearing apparel.[c]
(3) Real property located at 42266 Blyth Ave., Ponchatoula, LA.[bc]
(4) Real property located at 1141 Don Caster Ct., Kissimee, FL.[b]
(5) Grandview Las Vegas timeshare.[b]
(6) Real property located at 1732 Boat Launch Rd., Kissimee, FL.[a]
(7) Children's custodial bank account.
(8) Household electronics.[b]
(9) Sports & hobby gear.[b]
(10) Costume jewelry.[b]
(11) Wedding/engagement rings.[c]
(12) 2008 Toyota Highlander.[c]
(13) 2012 Ford F-250.[a]
(14) 2018 Keystone 5th wheel RV.[a]
(15) IRC §401(k) retirement account.[c]
(16) Military Thrift Savings Plan.[c]
(17) Military IRA.[c]
(18) Life insurance.[c]

CASE NO. **19-11043**
**TRUSTEE'S PETITION OF DISCLAIMER AND ABANDONMENT**(pg. 2 of 2)

(19) Robin Hood investment account.[b]
(20) Assets of Red Con One T-shirt Co.[b]

/s/David V. Adler   5/23/19
David V. Adler, Trustee
P.O. Box 55129
Metairie, LA 70055-5129
504-834-5465

_____
[a] Encumbered beyond value.
[b] Insufficient value or equity to justify administration.
[c] Exempt in whole or part.